UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVERVIEW GOLF AND COUNTRY CLUB, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California or Illinois Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03732-TLN-DMC<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br><br><br>Complaint filed: 5/30/2025<br>Removed: 12/26/2025 |

The Court, having reviewed the Parties' Stipulation to Remand to State Court and finding good cause therefore,

**IT IS HEREBY ORDERED** that:

1.　　The Parties' Stipulation is approved, and the request for remand is granted.

2.　　Eastern District of California Case No. 2:25-cv-03732-TLN-DMC is hereby remanded to the Superior Court of the State of California, County of Shasta.

3.　　The Clerk of this Court is directed to mail a certified copy of this Order to the Shasta County Superior Court, pursuant to 28 U.S.C. § 1447(c).

- 1 -
ORDER REMANDING CASE TO STATE COURT

**SO ORDERED.**

Dated:  January 23, 2026

Troy L. Nunley
Chief United States District Judge

ORDER REMANDING CASE TO STATE COURT